UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

AARON DEWAYNE KORNEGAY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-0738 (GHL)

Bradford C. Riendeau, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX  guilty   __ nolo contendere as to count(s) 1and 2 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law and Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED: NOVEMBER 1, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00, and a special assessment of $5.00 in connection with Count 1 and a fine of $250.00 and special assessment of $5.00 in connection with Count 2. Total amount of the fine and special assessment amounts to $760.00, payable no later than September 15, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

May 20, 2009
Date of Imposition of Sentence

May 27, 2009
DATE SIGNED

*George H. Lowe*
George H. Lowe
United States Magistrate Judge